# EXHIBIT D



**467 results found.** Phrase X

feedback | permalink   ultrabook X

### Refine your search

within these results

**Department**

- [ ] Computers    400
- [ ] Bags    46
- [ ] Electronics    14
- [ ] Everything Else    7

**Price**

$0        $2500

From: $0   To: $2500

- [ ] $0.00 - $24.99    60
- [ ] $25.00 - $49.99    80
- [ ] $50.00 - $99.99    34
- [ ] $100.00 - $149.99    9
- [ ] $150.00 - $299.99    3
- [ ] $300.00 - $499.99    21
- [ ] $500.00 - $999.99    158
- [ ] $1,000.00 - $2,499.99    104
- [ ] $2,500.00+    5

**Shipping Options**

- [ ] Free Shipping    326
- [ ] Two Day    250
- [ ] One Day    191

enter a zip code for special local delivery options:

zip code

**Brand**

- [ ] Acer    26
- [ ] Asus    34
- [ ] Built    4
- [ ] ChargerBuy    3
- [ ] Computer Memory Solutions    11
- [ ] Dell    21
- [ ] Evecase    11
- [ ] Hewlett Packard    73
- [ ] iTEKIRO    20
- [ ] Lenovo    63
- [ ] Lexerd    16
- [ ] Lotfancy    10
- [ ] Mobile Edge    9
- [ ] PC Wholesale Exclusive    11
- [ ] Samsung    32
- [ ] Sony    22
- [ ] Startech.com    5
- [ ] Targus    10

**Products** | Sellers   NEW

Most Popular   Name   Highest Price   Lowest Price   Relevance   Release Date

◀ 1 2 3 4 ... 14 ▶

▼ advertisement

---

**1. Asus VivoBook S400CA-DH51T 14.1" HD Touchscreen Ultrabook, Intel Core i5-3317U, 4GB RAM, 500GB HDD, 24GB SSD, Windows 8**

Buy New: ~~$699.00~~ from **$619.99**
16 New and Refurbished from $400.00
In Stock: Usually Ships in 1-2 business days

FREE SHIPPING

User Rating: ★★★★★
See more matches in **Mobile**

**2. Toshiba Satellite U945-S4380 14" Ultrabook, Intel Core i3-3217U, 4 GB RAM, 500GB HDD & 32 GB SSD, Windows 8**

Buy New: ~~$699.99~~ **$499.00**
9 New from $499.00
In Stock: Usually Ships in 1-2 business days

FREE SHIPPING

See more matches in **Mobile**

**3. Lenovo IdeaPad U310 Touch screen 13.3" Ultrabook, Intel Core i5-3337U, 4GB RAM, 500GB HDD & 24GB SSD, Windows 8**

Buy New: ~~$719.99~~ **$599.99**
18 New from $599.99
In Stock: Usually Ships in 1-2 business days

See more matches in **Mobile**

**4. HP Pavilion 14-b013nr 14" Ultrabook, Intel Core i3-3217U, 4GB RAM, 500GB HDD, Windows 8**

Buy New: ~~$749.15~~ **$499.99**
17 New from $499.99
In Stock: Usually Ships within 24 hours

FREE SHIPPING

**5. Acer Aspire S5-391-6836 13.3" Ultrabook - Intel Core i5-3317U - 4 GB RAM - 128 GB SSD - Intel HD 4000 Graphics - Thunderbolt - Windows 8**

Buy New: ~~$899.99~~ **$799.99**
17 New from $799.99
In Stock: Usually Ships within 24 hours

See more matches in **Mobile**

See more matches in **Mobile**

FREE SHIPPING

See more matches in **Mobile**

## Marketplace Seller

| | |
|---|---|
| Toshiba | 22 |
| Visiontek | 4 |

**Show more**

| | |
|---|---|
| Adorama Camera | 98 |
| ANTOnline | 147 |
| Aztek Computers | 58 |
| BeachAudio | 149 |
| BestElectronicOutlet | 93 |
| Buy.com | 203 |
| CCV Electronics | 83 |
| datavis | 104 |
| GizmosForLife | 83 |
| HiTechVendors | 122 |
| HPP ENTERPRISES | 56 |
| Humble Brothers LLC | 87 |
| IPCameraStore | 71 |
| Jewelry Watches USA | 58 |
| Mega Retail Store | 58 |
| Navyblu | 49 |
| OptimumHouse | 84 |
| Outlet Marquee | 97 |
| PC Parts Depot | 117 |
| pcRUSH | 113 |

**Show more**

## Category

| | |
|---|---|
| Bags | 46 |
| Computers | 400 |
| Consumer Electronics | 14 |
| Everything Else | 7 |

## Release Date

| | |
|---|---|
| 0 - 1 Weeks Old | 12 |
| 1 - 2 Weeks Old | 21 |
| 2 - 3 Weeks Old | 13 |
| 3 - 4 Weeks Old | 25 |

## Condition

| | |
|---|---|
| Brand New | 446 |
| Open Box | 1 |
| Refurbished | 68 |

▼ advertisement

$50 in Rakuten Super Points™   FEATURED

Use Promo Code INTEL50

**Toshiba Satellite U845W-S410 14.4 Widescreen Ultrabook, Intel Core i5-3317U, 6GB DDR3, 500GB HDD, 32GB SSD, Windows 7 Home Premium (64-Bit)**
Buy New:  $999.99  **$778.02**
In Stock

$50 in Rakuten Super Points™   FEATURED

Use Promo Code INTEL50

**Toshiba Satellite U945-S4130 14 Ultrabook, Intel Core i3-3227U, 4GB RAM, 500GB HDD, 32GB SSD, Windows 8**
Buy New:  **Click For Details**
In Stock

$100 in Rakuten Super Points™

Use Promo Code INTEL100

**6.  Lenovo IdeaPad U310 13.3" Ultrabook, Intel Core i3-3227U, 4GB RAM , 500GB HDD & 24GB SSD, Windows 8**
Buy New:  $659.99  **$599.99**
16 New  from  $599.99
**In Stock: Usually Ships within 24 hours**
FREE SHIPPING

See more matches in **Mobile**

$50 in Rakuten Super Points™

Use Promo Code INTEL50

**7.  Lenovo IdeaPad Yoga 13 13.3" Convertible Ultrabook - Intel Core i7-3537U - 8GB RAM - 256GB SSD - Intel HD 4000 Graphics - Windows 8 (64-Bit)**
Buy New:  $1,499.99  **$1,424.99**
4 New  from  $1,424.99
**In Stock: Usually Ships in 1-2 business days**
FREE SHIPPING

See more matches in **Mobile**



$100 in Rakuten Super Points™

Use Promo Code INTEL100

**8.  Asus Taichi21-DH51 11.6" Convertible Ultrabook, Intel Core i5-3317M, 4GB DDR3, 128GB SSD, Window 8 Home Premium (64-bit)**
Buy New:  $1,299.00  **$999.00**
22 New and Refurbished  from  $999.00
**In Stock: Usually Ships in 1-2 business days**
FREE SHIPPING

See more matches in **Mobile**

We want to hear from you!

Help us improve our site experience by completing a brief survey

**CLICK TO TAKE SURVEY**

Rakuten.com
Shopping



Use Promo Code INTEL50

9. **HP Envy 14-3010NR Spectre 14.0" Ultrabook, Intel Core i5-2467M (1.6GHz up to 2.3GHz with Turbo Boost), 4GB DDR3 Memory, 128GB Solid State Drive, Intel HD Graphics, Windows 7 Home Premium 64-Bit**
Buy New: ~~$1,692.00~~ **$834.95**
6 New and Refurbished from $599.95
**In Stock: Usually Ships in 1-2 business days**
FREE SHIPPING
**User Rating:** ★★★★★
See more matches in **Mobile**



Use Promo Code INTEL100

10. **Sony VAIO SVT13132PXS 13.3" Ultrabook, Intel Core i3-3227U, 4GB RAM, 500GB HDD&24GB SSD, Windows 8 Pro**
Buy New: ~~$749.99~~ **$629.99**
7 New from $629.99
**In Stock: Usually Ships in 1-2 business days**
FREE SHIPPING
See more matches in **Mobile**



Use Promo Code INTEL50

11. **Lenovo IdeaPad Yoga 13 13.3" Convertible Ultrabook - Intel Core i5-3337U - 4GB RAM - 128GB SSD - Intel HD 4000 Graphics - Windows 8 (64-Bit)**
Buy New: ~~$1,099.99~~ **Click for Details**
18 New from Special Price
**In Stock: Usually Ships in 1-2 business days**
**User Rating:** ★★★★☆
See more matches in **Mobile**

Rakuten
Shopping

**SUPER POINTS**

1 point for every dollar spent. Watch for promotions





Use Promo Code INTEL100

12. **Asus S56CA-DH51 15.6" Notebook, Intel Core i5-3317M,**



Use Promo Code INTEL50

13. **Toshiba Satellite U945-S4390 14" Ultrabook, Intel Core i5-**



14. **Toshiba Portege Z835 13.3" Core i3 128GB SSD Ultrabook**



that give you more!

100 points = $1 to spend on a future purchase

SUPER POINT

click to learn more

6GB DDR3, 750GB HDD, Windows 8 3317U, 6 GB RAM, 500 GB HDD, Home Premium (64-bit)
Buy New: ~~$699.00~~ Click for Details
19 New and Refurbished from Special Price
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING

See more matches in Mobile

3317U, 6 GB RAM, 500 GB HDD, 32GB SSD, Windows 8
Buy New: ~~$799.99~~ **$625.99**
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING

See more matches in Mobile

Toshiba Portege Z835-P360 13.3" Ultrabook, Intel Core i3-2367M, 4GB DDR3 Memory, 128GB SSD, Intel HD Graphics, Windows 7 Home Premium (64-Bit)
Buy New: ~~$899.99~~ **$789.99**
2 New and Refurbished from $586.49
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING

User Rating: ★★★★½
See more matches in Mobile



Use Promo Code INTEL50



Use Promo Code INTEL50



Use Promo Code INTEL50

**15.** **Acer Aspire S3-391-6899 13.3" Ultrabook - Intel Core i3-2377M - 4GB RAM - 500GB HDD - 20GB SSD - Windows 7 Home Premium**
Buy New: ~~$629.99~~ **$570.99**
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING

See more matches in Mobile

**16.** **Samsung Series 9 15" Premium Ultrabook, Intel Core i5-3317U, 4GB DDR3 RAM, 128GB SSD, Windows 8 Home Premium 64-bit**
Buy New: **$886.00**
4 New from $886.00
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING

See more matches in Mobile

**17.** **Toshiba Satellite U945-S4130 14" Ultrabook, Intel Core i3-3227U, 4GB RAM, 500GB HDD, 32GB SSD, Windows 8**
Buy New: ~~$511.49~~ **$479.99**
13 New from $479.99
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING

See more matches in Mobile



Use Promo Code INTEL100



Use Promo Code INTEL50



Use Promo Code INTEL50

**18.** **Samsung Series 9 NP900X3D-A02US 13.3 Ultrabook, Intel Core i5-3317U, 4GB RAM, 128GB SSD, Windows 8 Professional (64-bit)**
Buy New: ~~$2,079.99~~ **$1,499.98**
3 New from $1,499.98
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING

See more matches in Mobile

**19.** **Lenovo IdeaPad Yoga 13 13.3" Convertible Ultrabook - Intel Core i3-3227U - 4GB RAM - 128GB SSD - Intel HD 4000 Graphics - Windows 8 (64-Bit)**
Buy New: ~~$1,049.99~~ Click for Details
14 New from Special Price
In Stock: Usually Ships within 24 hours
FREE SHIPPING

See more matches in Mobile

**20.** **Sony VAIO Duo 11 SVD11225CXB 11.6" Touchscreen Ultrabook**
Buy New: **$1,448.00**
2 New from $1,448.00
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING

See more matches in Mobile



**Use Promo Code INTEL50**



**Use Promo Code INTEL50**



**Use Promo Code INTEL50**

21. **Lenovo IdeaPad U410 14"
Ultrabook, Silver - Intel Core i5-
3317U - 6 GB RAM - 750 GB HDD -
24 GB SSD - NVIDIA GeForce 610M
- Genuine Windows 8**
Buy New: $819.99 **$704.99**
8 New from $704.99
**In Stock: Usually Ships in 1-2
business days**
FREE SHIPPING

See more matches in **Mobile**

22. **Lenovo IdeaPad U510 15.6"
Ultrabook, Intel Core i5-3337U,
6GB RAM, TB HDD& 24GB SSD,
DVDRW, Windows 8**
Buy New: $749.99 **$698.99**
16 New from $698.99
**In Stock: Usually Ships within 24
hours**
FREE SHIPPING
**User Rating:** ★★★★★

See more matches in **Mobile**

23. **Toshiba Satellite U845W 14.4"
Core i5 6GB Widescreen Ultrabook**
Toshiba Satellite U845W-S410 14.4"
Widescreen Ultrabook, Intel Core i5-3317U,
6GB DDR3, 500GB HDD, 32GB SSD, Windows
7 Home Premium (64-Bit)
Buy New: $999.99 **$649.99**
14 New from $649.99
**In Stock: Usually Ships in 1-2
business days**
FREE SHIPPING
**User Rating:** ★★★★★

See more matches in **Mobile**







**Use Promo Code INTEL50**

**24. HP Folio 13 B2A32UT 13.3"
LED Ultrabook - Intel - Core i5 i5-
2467M 1.6GHz**
4 GB RAM - 128 GB SSD - Intel HD 3000
Graphics - Genuine Windows 7 Professional 64-
bit - 1366 x 768 Display - Bluetooth
Buy New: ~~$999.00~~ **$974.99**
5 New and Refurbished from $788.00
**In Stock: Usually Ships in 1-2
business days**
FREE SHIPPING
**User Rating:** ★★★★★
See more matches in **Mobile**

**Use Promo Code INTEL50**

**25. ASUS Zenbook Prime 13.3"
Ultrabook, Intel Core i5-3317U,
4GB DDR3, 128GB SSD, Windows 8**
Buy New: ~~$1,099.00~~ **$889.99**
20 New and Refurbished from $889.99
**In Stock: Usually Ships in 1-2
business days**
FREE SHIPPING
**User Rating:** ★★★★★
See more matches in **Mobile**

**Use Promo Code INTEL50**

**26. Acer Aspire S3-391-9813
13.3" Ultrabook - Intel Core i7-
3517U - 4 GB RAM - 128 GB SSD -
Intel HD 4000 Graphics - Windows
8**
Buy New: ~~$929.99~~ **$867.99**
18 New from $867.99
**In Stock: Usually Ships within 24
hours**
FREE SHIPPING
See more matches in **Mobile**



**Use Promo Code INTEL50**

**27. Sony VAIO SVT13138CXS
13.3" LED Ultrabook - Intel Core i7
2 GHz - Silver Mist - 8 GB RAM -
256 GB SSD - Intel HD 4000
Graphics - Genuine Windows 8 64-
bit - 1366 x 768 Display -
Bluetooth**
Buy New: **$1,169.99**
**In Stock: Usually Ships in 1-2
business days**
See more matches in **Mobile**



**Use Promo Code INTEL50**

**28. Dell Inspiron 14" Ultrabook -
Intel Core i7-3517U - 8GB RAM -
500GB HDD - 32GB SSD - DVD-
Writer - AMD Radeon HD 7570M -
Windows 7 Home Premium**
Buy New: ~~$999.00~~ **$749.99**
**In Stock: Usually Ships in 1-2
business days**
See more matches in **Mobile**



**29. Samsung NP900X3 13.3" Core
i5 4GB Win8 Ultrabook**
Samsung NP900X3 13.3" Ultrabook - Intel
Core i5-2537M - Silver - 4 GB RAM - 128 GB
SSD - Intel HD 3000 - Windows 8
Buy New: ~~$999.99~~ **$964.99**
3 New from $964.99
**In Stock: Usually Ships in 1-2
business days**
See more matches in **Mobile**



**Use Promo Code INTEL50**

**30. Asus Taichi21-DH71 11.6"
Convertible Ultrabook, Intel Core
i7-3517M, 4GB DDR3, 256GB SSD,
Window 8 Home Premium (64-bit)**
Buy New: ~~$1,599.00~~ **$1,522.99**
18 New and Refurbished from $1,479.99
**In Stock: Usually Ships within 24
hours**
FREE SHIPPING
**User Rating:** ★★★★★
See more matches in **Mobile**



**Use Promo Code INTEL100**

**31. Lenovo IdeaPad U310
43752BU 13.3" Ultrabook, Intel
Core i3-3217U, 4GB RAM, 500GB
HDD, 32GB SSD, Intel HD 4000,
Windows 7 Home Premium (64-
Bit)**
Buy New: ~~$699.99~~ **$599.99**
**In Stock: Usually Ships within 24
hours**
FREE SHIPPING
**User Rating:** ★★★★★
See more matches in **Mobile**



**Use Promo Code INTEL50**

**32. Acer Aspire S3-391-6407
13.3" Ultrabook - Intel Core i3-
2377M - 4 GB RAM - 128 GB SSD -
Windows 8**
Buy New: ~~$749.99~~ **$569.00**
15 New from $569.00
**In Stock: Usually Ships in 1-2
business days**
See more matches in **Mobile**

▾ advertisement

**SUPER POINTS!** 100 points = $1 to spend on
a future purchase
 Rakuten Shopping

**1 point for every dollar spent. Watch for promotions that give you more!**







**33. HP ENVY Pro B8U90UT 14" LED Ultrabook - Intel - Core i5 i5-3317U 1.7GHz**
4 GB RAM - 320 GB HDD - Intel HD 4000 Graphics - Genuine Windows 7 Professional 64-bit (English) - 1366 x 768 Display - Bluetooth
Buy New:  $849.00 **$773.98**
12 New and Refurbished  from $598.95
**In Stock: Usually Ships in 1-2 business days**

FREE SHIPPING

See more matches in **Mobile**

**34. Lenovo IdeaPad U410 14" Ultrabook - Intel Core i7-3537U - 8GB RAM - 1TB HDD, 24GB SSD - NVIDIA 610M Discrete Graphics - Windows 8**
Buy New:  $849.99 **$799.99**
3 New  from $799.99
**In Stock: Usually Ships in 1-2 business days**

See more matches in **Mobile**

**35. Samsung Series 9 13.3" Core i5 4GB Ultrabook**
Samsung Series 9 NP900X3C-A02US 13.3" LED Ultrabook, Intel Core i5-3317U (1.70GHz), 4GB RAM, 128GB SSD, Intel HD 4000 Graphics Card, Win 7 HP
Buy New:  **$1,402.98**
3 New  from $1,402.98
**In Stock: Usually Ships in 1-2 business days**

FREE SHIPPING

See more matches in **Mobile**

---

**Most Popular**   Name   Highest Price   Lowest Price   Relevance   Release Date        ◁  1  2  3  4 ... 14  ▶

Sponsored Links                                                                 Ads related to: ultrabook

**Windows® 8 Ultrabooks - Windows.Microsoft.com**
windows.microsoft.com/  Windows Recommended Tablets & PCs. Work Easy. Play Hard. Start Here.
    Upgrade Today     Tablets
    Laptops          PC Recommendations

**Ultrabook™ At Best Buy® - BestBuy.com**
www.bestbuy.com/Ultrabook  Free Shipping on **Ultrabooks** At Best Buy®. Order Today!

**Ultrabooks at Walmart**
www.walmart.com/Ultrabooks  Low Prices on Quality **Ultrabooks**. Free Shipping to Store!

**Ultra-Thin Acer Ultrabook - Acer.com**
www.acer.com/S7-Laptop  0.5" Thin, Under 3 lbs., Full HD Touch Display, Gorilla® Glass 2.
    Laptops     Ultrabooks
    Tablets     All Products

**New Lenovo® Yoga 11S - Lenovo.com**
www.lenovo.com/Free_Shipping  4 Awsome Modes 1 Incredible Machine Built w/ Intel® Core™. Order Today!

**Top Searched Keywords**

army  avenue  bobs  costumes for adults  dc350dcmm4  de100icswc  de100i-cswc  de150i-sd/b  de150isdb  ethnic studies  fir1001160  fir1001mm  freshtrends  gourmetgiftbaskets  his  just  lcd  led monitors  n/a  roku 3  sku4qa  snowboarding%2bboots  sunglasses pg.45  svm-133/256p  svm-133/256s  unlocked cell phones  vaporizer  warner  windows 8  xbox live 12 month

svhn-133/256fl    svhn-133/256fl    **unlocked cell phones**   vaporizer   warner   windows 8   xbox live 12 month

### Company Info

About Us
Advertising
Press Releases
Become an Affiliate

BuyTV
Careers
Rakuten Super Points
Sell on Rakuten.com

### Customer Service

Help Center
Order Status
Return a Product
Low Price Guarantee
Forgot Password?
Contact Us
Sign Up For Our Newsletter

### Rakuten

Austria
Brazil
Canada
France
Germany
Indonesia
Japan
Malaysia

Spain
Taiwan
Thailand
United Kingdom
United States
Rakuten Golf USA
International
All Rakuten Services
Export to Japan

## Currently offering 15,512,731 Total Products Available for immediate shipping!

Copyright 1997-2013 Buy.com Inc. dba Rakuten.com Shopping, All rights reserved.
Rakuten.com Shopping Privacy Policy    Terms of Use

   

