# EXHIBIT E



Screenshots taken on Apple iPhone running Apple iOS Operating System (website available at http://m.rakuten.com/departments/20/briefcases/5599).