# EXHIBIT F




Rakuten.com Shopping Formerly Buy.com

Shop Our FATHER'S DAY GIFT GUIDE

Get Super Points | Hello, Sign In! | My Account | Help

Type to Search for Products | Electronics

YOUR CART 0

Deals | Computers & Office | Clothing, Shoes, Jewelry | Electronics | Wine, Gourmet, Gifts | Video Games | Books, Movies, Music | Home & Household | Health & Beauty | Toys & Baby | Sports & Bags | More

41 results found.

Department X | Category X | Brand X | Product Line X

Electronics X | Portable GPS X | Garmin X | nüvi X

feedback | permalink

**Refine your search**

within these results

**Category**

Any Category
Consumer Electronics
Personal Electronics
**Portable GPS** 41

**Price**

$0 $500

From: $0 To: $500

$50.00 - $149.99 18
$150.00 - $299.99 20
$300.00 - $499.99 3

**Shipping Options**

Free Shipping 36
Two Day 26
One Day 24

enter a zip code for special local delivery options:

zip code

**Brand**

Any Brand
**Garmin** 41

**Marketplace Seller**

Abt Electronics 14
ANTOnline 13
Beach Camera 14
BeachAudio 22
Buy.com 11
BUYDIG 13
Circuit City 14
datavis 9
Eforcity 19
ElectroBrands 14
HiTechVendors 11
iSave 17
Outlet Marquee 9
Pricebreak 13
SupplyTiger 10
**Show more**

**Release Date**

Products | Sellers NEW

**Most Popular** | Name | Highest Price | Lowest Price | Relevance | Release Date | 1 2

advertisement

1. **Garmin nüvi 2555LMT Automobile Portable GPS Navigator**
5" - Touchscreen - Speaker, Photo Viewer - microSD Card - Junction View, Lane Assist, Speed Assist, Text-to-Speech, Voice Prompt, Advanced Pedestrian Mode - USB - 2.50 Hour
Buy New: ~~$179.99~~ **$159.00**
23 New and Refurbished from $129.98
**In Stock: Usually Ships in 1-2 business days**
FREE SHIPPING
**User Rating:** ★★★★★

2. **Garmin nüvi 2595LMT Automobile Portable GPS Navigator**
5" - Touchscreen - Speaker, Photo Viewer - microSD Card - Junction View, Lane Assist, Speed Assist, Text-to-Speech, Voice Command, Voice Prompt, Advanced Pedestrian Mode - Bluetooth - USB - 2.50 Hour
Buy New: ~~$229.99~~ **$175.00**
17 New and Refurbished from $134.99
**In Stock: Usually Ships in 1-2 business days**
FREE SHIPPING
**User Rating:** ★★★★★

3. **Garmin nüvi 3590LMT Automobile Portable GPS Navigator**
5" - Touchscreen - Photo Viewer, Audio Player, Speaker, Microphone - microSD Card - 3D Terrain View, 3D Landmark, Voice Prompt, Text-to-Speech, Voice Command, Lane Assist, Junction View, Speed Assist
Buy New: ~~$379.99~~ **Click for Details**
26 New and Refurbished from $239.99

4. **Garmin nüvi 2597LMT Automobile Portable GPS Navigator**
5" - Touchscreen - Speaker - microSD Card - Voice Prompt, Voice Command, Text-to-Speech, Lane Assist, Junction View - Bluetooth - USB - 2.50 Hour - Lifetime Map Updates - Lifetime Traffic Updates
Buy New: **Click for Details**
8 New from Special Price

5. **Garmin nüvi 2797LMT Automobile Portable GPS Navigator**
7" - Touchscreen - Speaker - microSD Card - Voice Prompt, Voice Command, Text-to-Speech, Lane Assist, Junction View - Bluetooth - USB - 1 Hour - Lifetime Map Updates - Lifetime Traffic Updates
Buy New: **$269.99**
5 New from $269.99

In Stock: Usually Ships in 1-2 business days

User Rating: ★★★★½

In Stock: Usually Ships in 1-2 business days

In Stock: Usually Ships in 1-2 business days

FREE SHIPPING

### Color Class

☐ Black 16
☐ Grey 1
☐ Silver 1
☐ Metallic 1

### Product Line

Any Product Line
☑ nüvi 41

### GPS Maps

☐ United States 2

### GPS Product Features

☐ Map Updates 1

### GPS Screen Size Range

☐ < 4" 3
☐ 5" - 5.9" 1

### GPS Type

☐ Automobile 4

### Condition

☐ Brand New 41
☐ Refurbished 8

*advertisement*







**6. Garmin nüvi 40 Automobile Portable GPS Navigator**
4.3" - Touchscreen - Speaker - microSD Card - Lane Assist, Speed Assist, Text-to-Speech, Voice Prompt, Junction View - USB - 2 Hour
Buy New: $109.99 **$108.03**
6 New from $108.03
In Stock: Usually Ships in 1-2 business days

**7. Garmin nüvi 3597LMTHD Automobile Portable GPS Navigator**
5" - Touchscreen - Speaker - microSD Card - Voice Command, Voice Prompt, Text-to-Speech, Lane Assist, Junction View, 3D Landmark, 3D Terrain View - Bluetooth - USB - 2 Hour - Lifetime Map Updates -
Buy New: $379.99 **Click for Details**
6 New from Special Price
In Stock: Usually Ships in 1-2 business days

**8. Garmin nüvi 2475LT Automobile Portable GPS Navigator - 4.3" - Touchscreen - Speaker, Photo Viewer - microSD Card - Advanced Pedestrian Mode, Junction View, Lane Assist, Speed Assist, Text-to-Speech, Voice Prompt - Bluetooth - USB - 2.50 Hour**
Buy New: $189.99 **$184.99**
9 New from $172.00
In Stock: Usually Ships in 1-2 business days









**9. Garmin nüvi 2497LMT Automobile Portable GPS Navigator**
4.3" - Touchscreen - Speaker - microSD Card - Voice Prompt, Voice Command, Lane Assist, Junction View, Text-to-Speech - Bluetooth - USB - 2.50 Hour - Lifetime Map Updates - Lifetime Traffic Updates
Buy New: **Click for Details**
6 New from Special Price
In Stock: Usually Ships in 1-2 business days

**10. Garmin nüvi 2455LMT Automobile Portable GPS Navigator**
4.3" - Touchscreen - Speaker, Photo Viewer - microSD Card - Junction View, Lane Assist, Speed Assist, Text-to-Speech, Voice Prompt, Advanced Pedestrian Mode - USB - 2.50 Hour
Buy New: $159.99 **Click for Details**
28 New and Refurbished from $109.98
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING
User Rating: ★★★★★

**11. Garmin nüvi 750 Automobile Navigator**
Garmin nuvi 750 4.3" GPS System w/ Text To Speech and FM Wireless Transmitter
Buy New: **$279.00**
In Stock: Usually Ships in 1-2 business days
User Rating: ★★★★½

**12. Garmin nüvi 2557LMT Automobile Portable GPS Navigator**
5" - Touchscreen - Speaker - microSD Card - Voice Prompt, Text-to-Speech, Lane Assist, Junction View - USB - 2.50 Hour - Lifetime Map Updates - Lifetime Traffic Updates

**13. Garmin Nuvi 30 3.5" Portable GPS Navigation w/ U.S. Maps**
Buy New: $99.99 **$86.85**
14 New from $86.85
In Stock: Usually Ships in 1-2

**14. Garmin nüvi 760 Automobile Navigator**
Garmin nuvi 760 - 4.3" Widescreen/Slimline GPS w/ Text To Speech, Where am I?, Bluetooth, FM TMC Traffic Receiver, and MP3 Player

Buy New: **Click for Details**
7 New from Special Price
In Stock: Usually Ships in 1-2 business days
User Rating: ★★★★★

business days
FREE SHIPPING
User Rating: ★★★★½

Buy New: **$279.00**
In Stock: Usually Ships in 1-2 business days
User Rating: ★★★★½





**15. Garmin nüvi 770 Automobile Navigator**
Garmin nuvi 770 4.3" GPS w/ Preloaded Maps, TTS, Bluetooth, MP3, and FM Transmitter
Buy New: $599.99 **$475.90**
2 New from $399.00
In Stock: Usually Ships in 1-2 business days
User Rating: ★★★★★

**16. Garmin nüvi 40LM Automobile Portable GPS Navigator**
4.3" - Touchscreen - Speaker - microSD Card - Junction View, Lane Assist, Speed Assist, Text-to-Speech, Voice Prompt - USB - 2 Hour
Buy New: $159.99 **$135.04**
19 New from $135.04
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING

**17. Garmin nüvi 50LM Automobile Portable GPS Navigator**
5" - Touchscreen - Speaker - microSD Card - Junction View, Lane Assist, Speed Assist, Text-to-Speech, Voice Prompt - USB - 2 Hour
Buy New: $159.99 **$145.95**
11 New and Refurbished from $125.46
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING
User Rating: ★★★★★





**18. Garmin nüvi 765T Automobile Navigator**
Garmin nüvi 765T 4.3" Portable GPS w/Lane Assist/Text To Speech/Bluetooth/FM Traffic Receiver
Buy New: $299.99 **$299.00**
In Stock: Usually Ships in 1-2 business days
User Rating: ★★★★½

**19. Garmin nüvi 2555LT Automobile Portable GPS Navigator - 5" - Touchscreen - Speaker, Photo Viewer - microSD Card - Junction View, Lane Assist, Speed Assist, Text-to-Speech, Voice Prompt, Advanced Pedestrian Mode - USB - 2.50 Hour**
3 New and Refurbished from $154.95
In Stock: Usually Ships in 1-2 business days

**20. Garmin nüvi 3490LMT Automobile Portable GPS Navigator**
4.3" - Touchscreen - Speaker, Photo Viewer - microSD Card - 3D Landmark, Junction View, Lane Assist, Speed Assist, Text-to-Speech, Voice Command, Voice Prompt, Advanced Pedestrian Mode - Bluetooth -
Buy New: $399.99 **$249.99**
24 New and Refurbished from $199.99
In Stock: Usually Ships within 24 hours
FREE SHIPPING
User Rating: ★★★★★





**21. Garmin nüvi 260W Automobile Navigator**

**22. Garmin nüvi 2457LMT Automobile Portable GPS Navigator**

**23. Garmin nüvi 3450LM Automobile Portable GPS Navigator**

4.3" Active Matrix TFT Color LCD
Buy New: $399.99 **$179.00**
In Stock: Usually Ships in 1-2 business days
User Rating: ★★★★½

4.3" - Touchscreen - Speaker - microSD Card - Voice Prompt, Text-to-Speech, Lane Assist, Junction View - USB - 2.50 Hour - Lifetime Map Updates - Lifetime Traffic Updates
Buy New: **Click for Details**
7 New from $179.99
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING

- 4.3" - Touchscreen - Speaker, Photo Viewer - microSD Card - 3D Landmark, 3D Terrain View, Advanced Pedestrian Mode, Junction View, Lane Assist, Speed Assist, Text-to-Speech, Voice Prompt - USB - 4 Hou
Buy New: $319.99 **$232.97**
3 New from $232.97
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING







**24. Garmin nüvi 50 Automobile Portable GPS Navigator**
5" - Touchscreen - Speaker - microSD Card - USB - 2 Hour
Buy New: $129.99 **$127.68**
5 New from $127.68
In Stock: Usually Ships in 1-2 business days

**25. Garmin nüvi 855 Automobile Navigator**
Garmin nuvi 855 4.3" GPS - Speak Commands, Lane Assist, Where Am I, Text to Speech
Buy New: $229.99 **$219.00**
In Stock: Usually Ships in 1-2 business days
User Rating:  ★★★★½

**26. Garmin nüvi 2495LMT Automobile Portable GPS Navigator**
- 4.3" - Touchscreen - Speaker, Photo Viewer - microSD Card - Junction View, Lane Assist, Text-to-Speech, Voice Command, Voice Prompt, Advanced Pedestrian Mode - USB - 2.50 Hour
Buy New: $179.99 **$175.99**
14 New from $173.19
In Stock: Usually Ships within 24 hours
FREE SHIPPING
User Rating: ★★★★☆





**27. Garmin nüvi 3550LM Automobile Portable GPS Navigator - 5" - Touchscreen - Speaker, Photo Viewer, Audio Player - microSD Card - 3D Landmark, 3D Terrain View, Voice Prompt, Text-to-Speech, Lane Assist, Junction View, Speed Assist, Basic Pedestrian Mode - US**
Buy New: $319.99 **$269.99**
14 New from $269.99
**In Stock: Usually Ships in 1-2 business days**
FREE SHIPPING

**28. Garmin nüvi 30 Automobile Portable GPS Navigator**
3.5" - Touchscreen - Speaker - microSD Card - Lane Assist, Speed Assist, Text-to-Speech, Voice Prompt, Junction View - USB - 2 Hour
Buy New: $109.99 **$101.99**
3 New from $101.99
**In Stock: Usually Ships in 1-2 business days**

**29. Garmin nuvi 850 Portable GPS System w/ Preloaded Maps - Text to Speech, 4.3" LCD Touchscreen - Piano Black**
Buy New: $699.99 **$394.99**
**In Stock: Usually Ships in 1-2 business days**
FREE SHIPPING







**30. Garmin nüvi 2577LT Automobile Portable GPS Navigator**
5" - Touchscreen - Speaker - microSD Card - Voice Prompt, Voice Command, Text-to-Speech, Lane Assist, Junction View - Bluetooth - USB - 2.50 Hour - Lifetime Traffic Updates
Buy New: $249.99 **$229.99**
5 New from $229.99
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING

**31. Garmin nüvi Automobile Portable GPS Navigator - 3.5" - Touchscreen - Speaker - microSD Card - Turn-by-turn Navigation, Text-to-Speech, Voice Prompt, Lane Assist, Junction View, Speed Assist - USB - 2 Hour**
Buy New: **$114.81**
2 New from $121.76
In Stock: Usually Ships in 1-2 business days

**32. Garmin nüvi 1100LM Automobile Portable GPS Navigator - 3.5" - Touchscreen - Speaker, Photo Viewer - microSD Card - Voice Prompt - USB - 4 Hour**
Buy New: **$149.00**
In Stock: Usually Ships in 1-2 business days
User Rating: ★☆☆☆☆

*advertisement*






**33. Garmin nüvi 2595LMT Automobile Portable GPS Navigator - 5" - Touchscreen - Speaker, Photo Viewer - microSD Card - Lane Assist, Speed Assist, Text-to-Speech, Voice Command, Voice Prompt, Advanced Pedestrian Mode, Junction View - Bluetooth - USB - 2.50 Hour**
Buy New: **$225.50**
5 New and Refurbished from $175.46
In Stock: Usually Ships in 1-2 business days

**34. Garmin nüvi 52LM Automobile Portable GPS Navigator - 5" - Speaker - microSD Card - Voice Prompt, Lane Assist, Junction View, Text-to-Speech - USB - 2 Hour - Lifetime Map Updates**
Buy New: $169.99 **$149.99**
12 New from $149.99
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING

**35. Garmin nüvi 42LM Automobile Portable GPS Navigator - 4.3" - Touchscreen - Speaker - microSD Card - Voice Prompt, Text-to-Speech, Junction View, Lane Assist - USB - 2 Hour - Lifetime Map Updates**
Buy New: $149.99 **$129.99**
9 New from $129.99
In Stock: Usually Ships in 1-2 business days
FREE SHIPPING

Most Popular | Name | Highest Price | Lowest Price | Relevance | Release Date      1 2

Sponsored Links                                   Ads related to: Electronics, Portable GPS, Garmin, nüvi

**Garmin™ GPS - 2 Day Sale - Garmin.FactoryOutletStore.com**
garmin.factoryoutletstore.com/ at FactoryOutletStore.com. Up To 75% Off + Free Shipping!
    Garmin Car GPS            Garmin Accessories
    Maps & Updates            Garmin Sport GPS

Maps & Updates       Garmin Sport GPS  
Garmin Outdoor GPS   Garmin Marine GPS

**Garmin nüvi - BestBuy.com**  
www.bestbuy.com/  Save $10–$50 On Select **GPS**, Plus Free Shipping At Best Buy!  
On Sale              Special Offers  
Package Deals        Free Shipping  
Low Price Guarantee

**New Garmin Dezl 760LMT - truckers-store.com**  
www.truckers-store.com/  **Garmin** 7" Display Truckers **GPS** with new features and free shipping now.

**GPS GARMIN - REI.com**  
www.rei.com/**Garmin**-**GPS**  In Stock— 40+ **Garmin** Options. Free Shipping on Orders Over $50.

**Computers at Walmart**  
www.walmart.com/**Portable**-Computers  Low Prices on **Portable** Computers. Free Shipping to Store!

---

**Top Searched Keywords**

army  avenue  bobs  costumes for adults  dc350dcmm4  de100icswc  de100i-cswc  de150i-sd/b  de150isdb  ethnic studies  fjr1001160  fjr1001mm  
freshtrends  gourmetgiftbaskets  his  just  lcd  led monitors  n/a  roku 3  sku4qa  snowboarding%2bboots  sunglasses pg.45  
svm-133/ 256n  svm-133/256n  unlocked cell phones  vaporizer  warner  windows 8  xbox live 12 month

---

| Company Info | | Customer Service | Rakuten | |
|---|---|---|---|---|
| About Us | BuyTV | Help Center | Austria | Spain |
| Advertising | Careers | Order Status | Brazil | Taiwan |
| Press Releases | Rakuten Super Points | Return a Product | Canada | Thailand |
| Become an Affiliate | Sell on Rakuten.com | Low Price Guarantee | France | United Kingdom |
| | | Forgot Password? | Germany | United States |
| | | Contact Us | Indonesia | Rakuten Golf USA |
| | | Sign Up For Our Newsletter | Japan | International |
| | | | Malaysia | All Rakuten Services |
| | | | | Export to Japan |

**Currently offering 15,512,731 Total Products Available for immediate shipping!**

Copyright 1997-2013 Buy.com Inc. dba Rakuten.com Shopping, All rights reserved.  
Rakuten.com Shopping Privacy Policy    Terms of Use

